IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BMO HARRIS BANK N.A.**                                                                                    **PLAINTIFF**

V.                                           **4:22CV01237 JM**

**R. CARTAGE INC. and CHARLES**
**TRUESDAIL**                                                                                               **DEFENDANTS**

## ORDER

Plaintiff's motion to strike the answer of Defendant R. Cartage Inc. is GRANTED. (Docket #8). the law does not allow a corporation to proceed *pro se*. *Ackra Direct Mktg. Corp. v. Fingerhut Corp.,* 86 F.3d 852, 857 (8th Cir. 1996). R. Cartage Inc. may appear in federal court only through licensed counsel.

IT IS SO ORDERED this 22nd day of February, 2023.

_____
James M. Moody Jr.
United States District Judge