# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**BMO HARRIS BANK, N.A.**                                            **PLAINTIFF**

vs.                              **CASE NO. 4:22CV1237 JM**

**R. CARTAGE, INC., and CHARLES**
**TRUESDAIL**                                                       **DEFENDANTS**

## DEFAULT JUDGMENT

Pending is Plaintiff BMO Harris Bank, N.A.'s motion for default judgment against Defendant R. Cartage, Inc., a Clerk's Default having previously been entered against it. (Docket Nos. 17 and 14, respectively). It appears that the motion for default judgment (Document No. 17) is well taken and should be GRANTED. Default judgment is entered in favor of Plaintiff against Defendant R. Cartage, Inc. in the amount of $368,882.66, representing the principal debt. The judgment amount will bear interest from today until paid at the rate of 5.42[1] percent per annum until paid. Upon sale of the equipment at issue herein, proceeds will be applied toward the balance owed. Plaintiff may petition the Court for attorneys' fees and prejudgment interest if applicable.

IT IS SO ORDERED this 13th day of September, 2023.

_____
James M. Moody Jr.
United States District Judge

---

[1] weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the Judgment.