UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BMO HARRIS BANK, N.A.**                                                                 **PLAINTIFF**

vs.                                      **CASE NO. 4:22CV1237 JM**

**R. CARTAGE, INC., and CHARLES
TRUESDAIL**                                                                               **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered separately today, judgment is entered in favor of Plaintiff and against Separate Defendant Charles Truesdail in the amount of $368,882.66 representing the principal debt. The judgment amount will bear interest from today until paid at the rate of 5.42 percent per annum. Upon sale of the equipment at issue herein, proceeds will be applied toward the balance owed. BMO may petition the Court for attorneys' fees and costs.

DATED this 19th day of September, 2023.

_____
James M. Moody Jr.
United States District Judge